# EXHIBIT 1

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**    Reg. No. 1,343,558
<u> </u>   Registered June 18, 1985

## SERVICE MARK
### PRINCIPAL REGISTER

## OLD COUNTRY BUFFET

BUFFETS, INC. (MINNESOTA CORPORATION)
900 EAST WAYZATA BOULEVARD
WAYZATA, MN 55391

   FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).
   FIRST USE 3-21-1984; IN COMMERCE 3-21-1984.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

   SER. NO. 489,350, FILED 7-11-1984.

NANCY O. HEBERT, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**  Reg. No. 1,423,419
Registered Dec. 30, 1986

## SERVICE MARK
PRINCIPAL REGISTER



BUFFETS, INC. (MINNESOTA CORPORATION)
935 EAST WAYZATA BOULEVARD
WAYZATA, MN 55391

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 3-21-1984; IN COMMERCE 3-21-1984.
OWNER OF U.S. REG. NO. 1,343,558.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SER. NO. 592,818, FILED 4-11-1986.

ELAINE PARTHEMOS, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**  Reg. No. 2,048,119
Registered Mar. 25, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## *Old Country Buffet*

BUFFETS, INC. (MINNESOTA CORPORATION)
10260 VIKING DRIVE, SUITE 100
EDEN PRAIRIE, MN 55344

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.
OWNER OF U.S. REG. NOS. 1,343,558, 1,423,419, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SN 74-574,462, FILED 9-16-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,051,196
Registered Apr. 8, 1997

## SERVICE MARK
PRINCIPAL REGISTER

◆ C*o*<sup>*Old*</sup>*untry Buffet* ◆

BUFFETS, INC. (MINNESOTA CORPORATION)
10260 VIKING DRIVE, SUITE 100
EDEN PRAIRIE, MN 55344

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.
OWNER OF U.S. REG. NOS. 1,343,558, 1,423,419, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SN 74-574,504, FILED 9-16-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,051,197
Registered Apr. 8, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



BUFFETS, INC. (MINNESOTA CORPORATION)
10260 VIKING DRIVE, SUITE 100
EDEN PRAIRIE, MN 55344

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 11-0-1994; IN COMMERCE 11-0-1994.
OWNER OF U.S. REG. NOS. 1,343,558, 1,423,419, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SN 74-574,759, FILED 9-16-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,149,716
Registered Apr. 7, 1998

## SERVICE MARK
PRINCIPAL REGISTER

*Old Country Buffet*

BUFFETS, INC. (MINNESOTA CORPORATION)
10260 VIKING DRIVE, SUITE 100
EDEN PRAIRIE, MN 55344

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

OWNER OF U.S. REG. NOS. 1,343,558 AND 1,423,419.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SN 75-091,977, FILED 4-12-1996.

MITCHELL FRONT, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,617,451
Registered Sep. 10, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## HOMETOWN BUFFET

BUFFETS, INC. (MINNESOTA CORPORATION)
1460 BUFFET WAY
EAGAN, MN 55121

FOR: RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

SER. NO. 76-241,460, FILED 4-16-2001.

KAREN M. STRZYZ, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,861,377
Registered July 6, 2004

## SERVICE MARK
## PRINCIPAL REGISTER



BUFFETS, INC. (MINNESOTA CORPORATION)
1460 BUFFET WAY
EAGAN, MN 55121

   FOR: RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

   FIRST USE 10-31-2002; IN COMMERCE 10-31-2002.

   OWNER OF U.S. REG. NO. 1,696,669.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUFFET", APART FROM THE MARK AS SHOWN.

   THE MARK CONSISTS OF A FORK AND PLATE DESIGN OVERLAYED WITH THE WORDS "HOMETOWN BUFFET".

   SN 78-159,153, FILED 8-29-2002.

ALICE BENMAMAN, EXAMINING ATTORNEY