

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUFFETS, INC.,

          Plaintiff,

v.

OLD TOWN BUFFET RESTAURANT, INC.,

          Defendant.

07 CV 7209

Civil Action No. _____



## STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Plaintiff, Buffets, Inc., by and through their counsel, hereby disclose that:

Buffets, Inc. is a nongovernmental corporate party in the above-captioned action. Buffets Holdings, Inc. is the parent corporation of Buffets, Inc. (and Buffets Restaurants Holdings, Inc. is the parent of Buffets Holdings, Inc.). No publicly held corporation owns 10% or more of Buffets, Inc.'s stock.

Dated: August 13, 2007

Respectfully submitted,

FISH & RICHARDSON P.C.

_____
Raymond R. Castello (RC 2106)
Kristen McCallion (KM 5593)
Citigroup Center
52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Of Counsel

Joel D. Leviton
Katherine A. Moerke
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

ATTORNEYS FOR PLAINTIFF
BUFFETS, INC.

30359415.doc