UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BUFFETS., INC.,   **DEFENDANT'S RULE 7.1 STATEMENT**

           Plaintiff,

Case #: 07 CIV 7209(WJP)

   v.

OLD TOWN BUFFET RESTAURANT, INC.,

           Defendant.

------------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, to enable judges and magistrates of the court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant certifies that OLD TOWN BUFFET RESTAURANT, INC. has no corporate parent, subsidiary or affiliate which is publically held or traded.

Dated: October 8, 2007
       White Plains, New York

                              Yours, etc.

                              REISMAN, RUBEO & MCCLURE, LLP

                 BY:            /s/
                              MARK I. REISMAN, ESQ. (MR 6073)
                              *Attorneys for Defendant*
                              One Barker Avenue, Suite 180
                              White Plains, New York 10601
                              (914) 831-4200

**AFFIRMATION OF SERVICE**

     I hereby certify that on October 8, 2007, a copy of the foregoing RULE 71. DISCLOSURE STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                                             /s/
                                                  MARK I. REISMAN, ESQ.