UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BUFFETS, INC.,

                Plaintiff,

    v.

OLD TOWN BUFFET RESTAURANT, INC.,

                Defendants.
------------------------------------------------------------x

Civil Action No. 07-CIV-7209

**MOTION TO ADMIT JOEL D. LEVITON PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Curts for the Southern and Eastern Districts of New York, I, Raymond R. Castello, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Joel D. Leviton |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 60 South Sixth Street, Suite 3300 |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | (612) 335-5070 |
| Fax Number: | (612) 288-9696 |

Joel D. Leviton is a member in good standing of the Bar of Minnesota, the Bar of the United States District Court for the District of Minnesota, the Bar of the United States District Court for the Western District of Wisconsin, and the Bar of the United States District Court for the Eastern District of Wisconsin.

There are no pending disciplinary proceedings against Joel D. Leviton in any State or Federal court.

                    Respectfully submitted,

                    FISH & RICHARDSON P.C.

Dated: October 4, 2007
      New York, New York          By: _____
                                                Raymond R. Castello (RC 2106)
                                                Citigroup Center
                                                52nd Floor
                                                153 East 53rd Street
                                                New York, NY  10022-4611
                                                Telephone: (212) 765-5070
                                                Facsimile: (212) 258-2291

60454311.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

BUFFETS, INC.,

              Plaintiff,

v.

OLD TOWN BUFFET RESTAURANT, INC.,

              Defendants.

-----------------------------------------------------------x

Civil Action No. 07-CIV-7209

**AFFIDAVIT OF RAYMOND R. CASTELLO IN SUPPORT OF MOTION TO ADMIT JOEL D. LEVITON PRO HAC VICE**

State of New York  )
                        ) ss.
County of New York )

      Raymond R. Castello, being duly sworn, hereby deposes and says as follows:

      1.      I am a Principal at Fish & Richardson P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joel D. Leviton as counsel pro hac vice to represent Plaintiff in this matter.

      2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.      I have known Joel D. Leviton since May, 2005.

      4.      Joel D. Leviton is an Associate at Fish & Richardson P.C., in Minneapolis, Minnesota.

      5.      I have found Joel D. Leviton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Joel D. Leviton, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Joel D. Leviton, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Joel D. Leviton, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: October 4, 2007
       New York, New York

Notarized: _____

 

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Raymond R. Castello (RC 2106)
Citigroup Center
52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

60454325.doc

2

# Certificate of Good Standing

United States of America  }
Western District of Wisconsin  } §

I, Theresa M. Owens, Clerk of the United States District Court for the Western District of Wisconsin,

**DO HEREBY CERTIFY** that Joel D. Leviton was duly admitted to practice in said court on March 5, 2004, and is in good standing in said court.

Dated at MADISON, WI

September 27, 2007

Theresa M. Owens, Clerk

By: _____
Deputy Clerk

September 26, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

### CERTIFICATE OF
### GOOD STANDING

I, Richard D. Sletten, Clerk of this Court, certify that

Joel D. Leviton, Bar #308687, was duly admitted

to practice in this Court on August 15, 2003, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on September 26, 2007.

RICHARD D. SLETTEN, CLERK

_____
(By)   Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

AO136
(Rev. 9/98)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, JON W. SANFILIPPO , Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that **Joel D. Leviton**, Bar #308687, was duly admitted to practice in this Court on April 25, 2005, and is in good standing as a member of the Bar of this Court.

Dated at     Milwaukee, Wisconsin

on           September 28, 2007

                                          Jon W. Sanfilippo
                                          Clerk

By  _[signature]_
      Deputy Clerk

## CERTIFICATE OF SERVICE

       I certify that on October 4, 2007, I caused a true and correct copy of the following:

1.       Motion for Admission *Pro Hac Vice* of Joel D. Leviton;

2.       Affidavit in Support of Motion for Admission *Pro Hac Vice*;

3.       Certificates of Good Standing from United States District Courts for the District of Minnesota, Western District of Wisconsin, and Eastern District of Wisconsin; and

4.       Proposed Order Granting Admission Pro Hac Vice of Joel D. Leviton

to be served as indicated on the individuals listed below:

**Via US Mail**
Mark I. Reisman
Reisman, Rubeo & McClure, LLP
1 Barker Avenue, Suite 180
White Plains, NY 10601

                                     */s/ Julie Lindner*
                                     Julie Lindner

60456978.doc