UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

BUFFETS, INC.,

        Plaintiff,

v.

OLD TOWN BUFFET RESTAURANT, INC.,

        Defendants.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2007

Civil Action No. 07-CIV-7209

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Raymond R. Castello, attorney for Plaintiff Buffets, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joel D. Leviton |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 60 South Sixth Street, Suite 3300 |
| City/State/Zip: | Minneapolis, MN 55402 |
| Phone Number: | (612) 335-5070 |
| Fax Number: | (612) 288-9696 |

is admitted to practice pro hac vice as counsel for Plaintiff Buffets, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/11/2007