# FISH & RICHARDSON P.C.



| | | Citigroup Center |
|---|---|---|
| | | 153 East 53rd Street, |
| | | 52nd Floor |
| | | New York, New York |
| Frederick P. Fish | | 10022-4611 |
| 1855-1930 | | |
| | | Telephone |
| W.K. Richardson | | 212 765-5070 |
| 1859-1951 | | |
| | | Facsimile |
| | | 212 258-2291 |
| | | |
| | | Web Site |
| | | www.fr.com |

**VIA PERSONAL DELIVERY**

December 4, 2007

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007-1312

    Re:    Buffets, Inc. v. Old Town Buffet Restaurant, Inc.
            Civil Action No. 07 CIV 7209 (WHP)

Dear Judge Pauley:

We represent Plaintiff Buffets, Inc. in the above identified matter. The parties are engaged in settlement discussions and anticipate that a settlement will be reached soon that would resolve this case. As such, the parties jointly request adjournment of both the December 7, 2007 deadline by which the Rule 26(f) report is due, as well the Initial Pretrial Conference currently scheduled for December 14, 2007. This letter is being submitted with the consent of the Defendant.

No prior request for extensions of this conference has been made. We thank the Court for its attention to this matter.

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Respectfully submitted,

Kristen A. McCallion

    cc:    Mark I Reisman, Esq. Reisman, Rubeo & McClure, LLP (via e-mail)
            Joel D. Leviton, Esq., Fish & Richardson P.C. (via e-mail)
            Raymond R. Castello, Esq. Fish & Richardson P.C. (via e-mail)

*Application granted. The conference is adjourned until January 18, 2008 at 10:45 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12/12/07