USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                :

BUFFETS, INC.,                           07 Civ. 7209 (WHP)
                                :

        Plaintiff,                  ORDER
                                :

        -against-
                                :

OLD TOWN BUFFET
RESTAURANT, INC.,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: February 4, 2008
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record:*

Raymond R. Castello, Esq.
Kristen A. McCallion, Esq.
Fish & Richardson P.C.
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022
*Counsel for Plaintiff*

Mark I. Reisman, Esq.
Mark I. Reisman, P.C. Attorney At Law
30 State Street
Ossining, NY 10562
*Counsel for Defendant*