JUN-25-2008 WED 11:26 AM                    FAX NO.                              P. 01/07

*Pauley, J*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/11/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
BUFFETS, INC.,

              Plaintiff,

     v.                                     Civil Action No. 07-Civ-7029 (WHP)

OLD TOWN BUFFET RESTAURANT, INC.,

              Defendants.
------------------------------------x

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties have entered into an agreement settling this case. Therefore, by their undersigned representatives, the parties hereby stipulate to the dismissal, without prejudice, of all claims asserted in the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to this agreement shall be responsible for payment of its respective costs, expenses, disbursements and attorneys fees, and all other expenses related to the investigation and/or litigation of this action.

| | |
|---|---|
| Raymond R. Castello (RC 2106) | Mark I. Reisman (MR 6073) |
| Kristen McCallion (KM 5593) | Reisman, Rubeo & McClure, LLP |
| Citigroup Center, 52nd Floor | One Barker Avenue, Suite 120 |
| 153 East 53rd Street | White Plains, NY 10601 |
| New York, NY 10022-4611 | Telephone: (914) 831-4200 |
| Telephone: (212) 765-5070 | Facsimile: (914) 944-4203 |
| Facsimile: (212) 258-2291 | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Dated: | Dated: 5/29/08 |

7

William H. Pauley III
U.S.D.J.